

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00307-CV

---

AT HOME CARE LLC, Appellant

V.

HANDAR, INC. D/B/A SCOTT MEDICAL SUPPLY, Appellee

---

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. 189,891-B

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 1, 2021